# CHARLES S. HOCHBAUM
## ATTORNEY-AT-LAW

16 Court Street
Suite 1800
Brooklyn, NY 11241
(718) 855-4800
fax: (718)855-4877
e-mail: crimdefend@aol.com

30 Jericho Executive Plaza
Suite 100
Jericho, N.Y. 11753
(516) 227-2111
fax: (516) 739-2445

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 24 2006 ★

BROOKLYN OFFICE

May 18, 2006

Hon. John Gleeson
United States District Court
Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201

via Fax: 718-613-2456

Re: USA v Sledge
    05-CR-43

Your Honor,

Sentence in this matter is scheduled for May 19, 2006. I have been engaged in a State Felony trial until Tuesday of this week. To adequately prepare for the sentence I am requesting an additional period of time, and suggest that consistent with the Court's schedule this matter be adjourned for two weeks.

I have discussed this request with Ausa Freedman and he has no objection to this short adjournment.

Respectfully,

cc: Ausa Freedman

Granted 6/2/06 @ 2PM

CHARLES S. HOCHBAUM

s/John Gleeson